**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **ROBERT HOSSFELD,** ***an individual, on his own behalf and on behalf of all others similarly situated,*** | § | |
| **Plaintiff,** | § | **A-26-CV-1076-RP** |
| **V.** | § | |
| **DICELLO LEVITT LLP, and TORT INTAKE PROFESSIONALS, LLC,** | § | |
| **Defendants.** | § | |

## ORDER SETTING HEARING

The court **SETS** Defendants' Motion For A Protective Order (Dkt. 22) and Plaintiff's Motion To Continue Deadline To File Response To Defendants' Motion For A Protective Order And To Set Deadline For Defendants To Serve Supplemental Discovery Responses (Dkt. 23)[1] for hearing on **December 17, 2026**, at **10:00 a.m.** in Courtroom Eight on the seventh floor of the Federal Courthouse located at **501 W. 5th Street, Austin, Texas 78701.** The attorneys taking the lead on these issues are **ORDERED** to attend. The hearing will be conducted **in person,** and no one will be allowed to appear by telephone or video.

The issues presented here are the type that well-represented parties are typically able to resolve without motion practice, much less a hearing. If the parties cannot resolve their issues, the court will resolve them for the parties.

SIGNED November 10, 2026.

MARK LANE
UNITED STATES MAGISTRATE JUDGE

[1] The motions were referred to the undersigned for disposition by United States District Judge Robert Pitman pursuant to 28 U.S.C. § 636(b)(1)(A), Federal Rule of Civil Procedure 72, and Rule 1(c) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas. *See* Text Order dated October 23, 2026.